# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**LAUREN RABB WELLS**                                                **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO.: 4:07 CV 150 HTW-LRA**

**MERIDIAN PUBLIC SCHOOL DISTRICT**                              **DEFENDANT**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY FOR HEARING, the Motion of the Plaintiff for a Judgment of Dismissal with Prejudice, and the Court being advised that all claims and causes of action by Plaintiff against the Defendant herein have either been dismissed or fully and finally settled and compromised, and the Court being otherwise fully advised in the premises, finds that said Motion is well-taken and that the same should be, and is hereby, sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that all claims and causes of action asserted by Plaintiff against the Defendant herein are fully and finally dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 9th day of February, 2009.

                                                         _Henry T. Wingate_
                                                       UNITED STATES DISTRICT JUDGE

APPROVED:

_Lauren Rabb Wells_
Lauren Rabb Wells, Plaintiff *pro se*

_Jim Bullock_
Jim Bullock
Attorney for Defendant

---

*Filed: Southern District of Mississippi, FEB 10 2009, J. T. Noblin, Clerk*